**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Semrad Law Firm, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | DebtStoppers <br> Robert J. Semrad & Associates, LLC (EIN: 42-1575645) |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 - 2 6 2 8 4 5 6 |

4. **Debtor's address**

**Principal place of business**

11101    South Western Avenue
Number    Street

Chicago          IL     60643
City                State   ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City              State    ZIP Code

5. **Debtor's website** (URL)    https://www.debtstoppers.com/

Debtor    The Semrad Law Firm, LLC
_____
         Name

Case number (if known) _____

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    5   4   1   1

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    The Semrad Law Firm, LLC                        Case number (if known) _____
          Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

           District _____ When _____ Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes.  Debtor _____ Relationship _____

            District _____ When _____
                                              MM / DD / YYYY

            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number        Street

                              _____
                              City                    State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

**Statistical and administrative information**

Debtor    The Semrad Law Firm, LLC                          Case number (if known) _____
_____
         Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000         ☐ 50,001-100,000
☒ 100-199       ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/26/2023
                MM / DD / YYYY

✘  /s/ Patrick Semrad                              Patrick Semrad
_____              _____
Signature of authorized representative of debtor       Printed name

Title  Manager
_____

Debtor   The Semrad Law Firm, LLC
         Name

Case number (if known)

**18. Signature of attorney**   ✖ /s/ Joseph C. Barsalona II
                                  Signature of attorney for debtor

Date   04/26/2023
       MM / DD / YYYY

Joseph C. Barsalona II
Printed name

Pashman Stein Walder Hayden, P.C.
Firm name

1007        North Orange Street, 4th Floor, Suite #183
Number      Street

Wilmington                              DE          19801
City                                    State       ZIP Code

302-592-6497                            jbarsalona@pashmanstein.com
Contact phone                           Email address

6102                                    DE
Bar number                              State

## CONSENT OF THE MANAGER OF THE SEMRAD LAW FIRM, LLC

The undersigned, being the manager (the "Manager") of The Semrad Law Firm, LLC, a Delaware limited liability company (the "Company"), acting by written consent without a meeting pursuant to Article Nine, Sections 6.03(a), 9.05 and 9.09 of the Amended Operating Agreement of the Company, agrees, pursuant to the Delaware Limited Liability Company Act, as amended, and the Amended Operating Agreement of the Company, that he consents to and hereby adopts and approves, the following resolutions:

WHEREAS, the Manager has reviewed and considered, among other things, the financial condition of the Company on the date hereof;

WHEREAS, the Manager has received, reviewed, and considered the recommendations of the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy case under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the holders of more than 75% of the Membership Interests in the Company consent to the following resolutions as is required under Section 6.03(a);

NOW, THEREFORE, BE IT RESOLVED, that, with respect to the Company, the Manager has determined that it is desirable and in the best interests of the Company, its stockholders, creditors, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of subchapter V of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it

FURTHER RESOLVED, that the Manager and any duly appointed officer of the Company (each, an "Authorized Person"), in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it

FURTHER RESOLVED, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "Chapter 11 Case") or the Chapter 11 Filings, including,

1

without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it

**FURTHER RESOLVED**, that the retention of the law firm of Pashman Stein Walder Hayden, P.C. ("Pashman Stein"), to represent the Company as bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the Petition, the Chapter 11 Filings, and related forms, schedules, lists, statements and other papers or documents is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Authorized Person, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Pashman Stein; and be it

**FURTHER RESOLVED**, that the retention of the financial advisory firm of Novo Advisors ("Novo"), to represent the Company as financial advisor on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the Petition, the Chapter 11 Filings, and related forms, schedules, lists, statements and other papers or documents is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Authorized Person, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Novo; and be it

**FURTHER RESOLVED**, that the Authorized Persons or any one of them be, and each hereby is, authorized and empowered to engage such further accountants, counsel, consultants or advisors and to do such other acts and things as may be determined to be necessary or appropriate by the Authorized Person or Authorized Persons so acting in order to fully effectuate the purpose and intent of the foregoing resolutions and to accomplish the transactions contemplated thereby, such determination to be conclusively evidenced by the retention or taking of any such action by such Authorized Person; and be it

**FURTHER RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned Manager has executed this consent on the date set forth below.


/s/Patrick Semrad
Patrick Semrad
Manager
Date:  April 26, 2023

**Fill in this information to identify the case:**

Debtor name ___The Semrad Law Firm, LLC___

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SOT South Clark LLC 20 South Clark Street, Suite 1075 Chicago, IL 60603 | Attn: Corinthia Hawkins Tel: 312-726-0711 Email: corinthia.hawkins@cushwake.com | Lease | | | | $504,888.14 |
| 2 | ZenTeli OOD 81 Bul. Balgaria blvd. R-N TRIADITSA DISTR., AP. OFIS I-6, FLOOR 4 Sofia, 1404 Bulgaria | | Outsourcing Services | | | | $243,344.99 |
| 3 | ACP Peahtree Center LLC Wiles & Wiles, LLP 800 Kennesaw Avenue, NW Suite 400 Marietta, GA 30060-7946 | Attn: N. Jackson Cotney Tel: 770-426-4619 Email: jcotney@evict.net | Lease | | | | $152,427.14 |
| 4 | Illinois Department of Employment Security 33 S State St, 10th Floor, Chicago, IL 60603 | | | | | | $76,292.18 |
| 5 | iHeart Media 200 East Basse Road San Antonio, TX 78209 | Attn Matthew Wilde Tel: 210-253-4020 Email: MatthewWilde@iheartmedia.com | Marketing | | | | $62,067.25 |
| 6 | Cogent Communications, Inc. P.O. Box 791087 Baltimore, MD 21279-1087 | Attn: Bob Neal Tel: 703-719-9403 x 158 Email: bob.neal@payacei.com; billing@cogentco.com | Services | | | | $52,527.81 |
| 7 | WFLD 91427 Collections Center Drive Chicago, IL 60693 | Attn: Jason Williams Tel: 312-565-5532 Email: jason.williams@FOX.com | Marketing | | | | $52,162.33 |

Debtor **The Semrad Law Firm, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 Talk Solutions, Inc. 11101 S. Western Avenue, Chicago, IL 60643 | | Phone Provider | | | | $52,124.00 |
| 9 Data Trends Technology 1301 Hightower Trail Suite 200 Atlanta, GA 30350 | Attn: Sheli Dunn Tel: 770-743-3772 Emial: sdunn@datatrends.net | Vendor | | | | $33,977.45 |
| 10 WSVN 1401 79th Street Causeway Miami, FL 33141 | Attn: Tel: 305-751-6692 Email: | Marketing | | | | $33,130.00 |
| 11 Regus 10000 N. Central Expy Suite 400 Dallas, TX 75231; Regus 500 Virginia Dr #514 Ft Washington, PA 19034; | Attn: Sandy McLain Tel: 214-890-9299 Email: Dallas.PrestonHollow@regus.com Attn: David Cormier Tel: 866-597-9502 Email: David.Cormier@tsico.com Attn: Stacy Martin Tel: 847-466-1100 Email: Account.Helpdesk@regus.com | Lease | | | | $32,965.32 |
| 12 UHS Premium Billing 610 Anthony Trail Northbrook, IL 60062 | Attn: Martha Galvan Tel: 847-564-1640 Email: marthag@hgroupbenefits.com | Health Insurance | | | | $28,694.84 |
| 13 WAGA 3355 Lenox Road NE, Suite 945 Atlanta, GA 30326 | Attn: David M. Grieco Tel: 404-266-2464 Email: dgrieco@szabo.com | Marketing | | | | $25,593.75 |
| 14 Metrofax PO Box 51873 Los Angeles CA 90051-6173 | Attn: Shayna Pearson Tel: 323-817-1150 Email: shayna.pearson@consensus.com | Vendor | | | | $25,601.46 |
| 15 JD Woodworking LLC 8815 83rd St Justice, IL 60458 US | Attn: Jacek Dzikiewicz Tel: 773-510-3438 Email: info@jdwoodworkingllc.com | Vendor | | | | $23,575.04 |
| 16 Warehouse Direct 2001 South Mount Prospect Road, Des Plaines, IL. 60018 | Attn: Debbie Gorman Tel: 847-631-7107 Email: debbiegorman@warehousedirect.com | Office Supply | | | | $17,743.91 |

Debtor   **The Semrad Law Firm, LLC**
Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | Quadient Leasing 478 Wheelers Farms Road Milford, CT 06461-9105 | Attn: Patrick Leary Tel: 203-301-3490 Email: p.leary@quadient.com | Postage Machinery | | | | $16,632.54 |
| 18 | National Data Center 3595 Mt Diablo Blvd. Suite 270 Lafayette, CA 94549 | Attn: Robert Exelbierd Tel: 901-338-5126 Email: accounting@ndc.org | Vendor | | | | $16,500.00 |
| 19 | WGN PO BOX 98473 Chicago, IL 60693 | Attn: Jennifer Smith Tel: 214-765-4124 | Marketing | | | | $14,960.00 |
| 20 | Anthony J. Madonia & Associates, Ltd. 2700 S. River Road, Suite 115 Des Plaines, IL 60018 | Attn: Katie Milne Tel: 312-578-9300 Email: kmilne@madonia.com | Professional Services | | | | $14,734.89 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| The Semrad Law Firm, LLC | Case No. 23-_____ (__) |
| Debtor.[1] | |

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are equity holders, other than governmental units, that directly or indirectly own 10% of more of any class of the Debtor's equity interests:

| Name and last known address or place of business of holder | Percentage of Ownership |
|---|---|
| Patrick J. Semrad<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603 | 51% |
| Robert J. Semrad<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603 | 49% |

---

[1]   The last four digits of the Debtor's federal tax identification number are 8456.  The Debtor's mailing 11101 S. Western Avenue, Chicago, Illinois 60643.

**Fill in this information to identify the case and this filing:**

Debtor Name _The Semrad Law Firm, Inc._

United States Bankruptcy Court for the: _____ District of _Delaware_
                                                                        State)

Case number *(if known)*: _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    _Corporate Ownership Statement_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/26/2023_            ✗ _/s/ Patrick Semrad_
          MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        _Patrick Semrad_
                                        Printed name

                                        _Manager_
                                        Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| The Semrad Law Firm, LLC | Case No. 23-_____ (__) |
| Debtor.[1] | |

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Chairman of the corporation named as the debtor in this case, hereby verify that

the attached list of creditors is true and correct to the best of my knowledge.

Date: April 26, 2023                                    /s/ Patrick Semrad
                                                        Patrick Semrad
                                                        Title: Manager

---

[1]    The last four digits of the Debtor's federal tax identification number are 8456.  The Debtor's mailing 11101 S. Western Avenue, Chicago, Illinois 60643.

4 Web Company LTD
JK Hristo Smirnenski Block 19 entrance D,
floor 4, ap 106,
Sofia 1000 Bulgaria
Aaron Weinberg
1231 Columbian Avenue
Oak Park, IL 60302

ACDCA
800 Dakota Ave. N,
Huron, SD 57350
ACP Peachtree Center LLC
Wiles & Wiles, LLP
800 Kennesaw Avenue, NW,
Suite 400
Marietta, GA 30060-7946
Attn: N. Jackson Cotney, Jr.

ACP Peachtree Center LLC
225 Peachtree Street
Suite 200
Atlanta, GA 30303
Attn: Property Manager

ACP Peachtree Center LLC
c/o Banyan Street Capital
80 SW 8th Street
Suite 2200
Miami, FL 33130
Attn: Sr. Managing Director

ADP PAYROLL
233 South Wacker Drive,
Chicago, IL 60606

Agueda Semrad
177 Indian Tree Dr
Highland Park, IL 60035

Alicia Velazquez
2 Shore Court
Oswego, IL 60543

Amanda Blazis
3431 South Bell Avenue
Chicago, IL 60608

Andrew B. Carroll
40 West 3rd Avenue
Apt 205
Columbus, OH 43201

Andrew F. Ames
1212 N. LaSalle Dr.
Apt 2508
Chicago, IL 60610

Andrew McCullen
163 Whiteford Avenue NE
Atlanta GA 30307

Anna M. Huertas-Concepcion
35 Southwest 6th Avenue
Apt 909
Miami, FL 33130

Anthony J. Madonia & Associates, Ltd.
2700 S. River Road, Suite 115
Des Plaines, IL 60018
Attn: Katie Milne

Ashley Jackson
1644 174th Street
Hammond, IN 46324

Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

Bobby S. Palmer
5328 Miller Avenue
Dallas, TX 75206

Brandi L. Anderson
3024 Parc Lorraine
Lithonia, GA 30038

Chad B. Mizelle
39540 Aynesley Street
Charter Township of Clinton, MI 48038

Christian E. Peterson

1528 West Greenleaf Avenue
Apt. 2W
Chicago, IL 60626

CIN Legal Data Services / Best case LLC
BOX 88588
Milwaukee, WI 53288-0588
Cogent Communications, Inc.
P.O. Box 791087
Baltimore, MD 21279-1087
Attn: Bob Neal

Cole, Martin & CO., LTD
1400 E Lake Cook Rd #180
Buffalo Grove, IL  60089
Comcast
1701 JFK Blvd.,
Philadelphia, PA 19103-2838

Conversion Century Ltd.
27 "Gen. Nikolay G. Stoletov" Bul.,
Sofia Bulgaria
CORPORATE CREATIONS
801 US-1, North
Palm Beach, FL 33408
Craig A. Cooper
2416 Greylock Place
Decatur, GA 30030

Curt O. Lindstrom
4184 Meadow Way
Marietta, GA 30066

D&E REPORTING INC.
Dirksen Federal Building
219 S. Dearborn-Rm 661
Chicago, IL 60604
Daniel Rangelov
501 Longfellow Avenue
Deerfield, IL 60015

Darius J. Reese
4501 Circle 75 Parkway
Apt 2121
Atlanta, GA 30339

Data Trends Technology
1301 Hightower Trail, Suite 200
Atlanta, GA, 30350
Attn: Sheli Dunn

Derrick M. Fleming
2902 North Central Park Avenue
Unit 4N
Chicago, IL 60618

Desmond & Ahern, Ltd.
10827 S. Western Ave.
Chicago, IL  60643
Attn: David Rambo, CPA

DEX MEDIA INC
2200 West Airfield Drive,
Dalla, Texas 75261
Diana J. Enriquez
14723 Richmond Avenue
Posen, IL 60469

DWELLINGS MI LLC
487 Forest Ave,
Plymouth, MI 48170
Eagles Landing Station LLC
P.O. Box 645414
909 EAGLES LANDING PKWY
Pittsburgh PA, 152645414
Edwin C. Pilcher
7441 S. Wabash Avenue
Chicago, IL 60619

ELITE STAFF & CONSULTANTS
9238 S. Loomis St
Chicago, IL 60620

Emily Bushold
7805 Federal Street
#908
Chicago, IL 60605

FedEx Office
P.O. Box 94515
PALATINE IL 60094-4515
First Insurance Funding Corp.

450 Skokie Blvd, Ste 1000,
Northbrook, IL 60062-7917
First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143

Flood Brothers Disposal CO
PO BOX 7800
CAROL STREAM, IL 60197-7800
Fram Creative Solutions Ltd.
Hajdelberg Str No 2, 1592,
Sofia, Bulgaria
Georgia Power
241 Ralph McGill Blvd NE,
Atlanta, GA 30308

GLOBAL SHREDDING (G.D.S)
9450 SW Gemini Dr #68368
Beaverton, OR 97008-7105
Harper Associates Detroit, Inc.
31000 Northwestern Highway, Suite 240
Farmington Hills, MI 48334

iHeart Media
200 East Basse Road
San Antonio, TX 78209
Attn: Matthew Wilde

Illinois Department of Employment Security
33 S State St, 10th Floor,
Chicago, IL 60603

IntelliMetrics LLC
P.O. Box 6341
Annapolis, MD 21401
INTUIT
2632 Marine Way
Mountain View, CA 94043

Israel Duran
80 Ingleshire Road
Montgomery, IL 60538

J and A ROYAL SERVICES, LLC
2978 Parc Lorraine,

Stonecrest GA, 30038
J D Woodworking LLC
8815 83rd St
Justice, IL 60458
Attn: Jacek Dzikiewicz

Jaime Torres
111 W. Maple
Unit 1302
Chicago, IL 60610

James G. Martinez
200 Pheasant Meadow Ct
Gurnee, IL 60031

Janna Quarless
1819 S. Michigan, Unit 1101
Chicago, IL 60616

Jason N. Allen
6872 Valley Creek Drive
Fortworth, TX 76179

Javier E. Gonzalez
1420 Wescott Road
Northbrook, IL 60062

Jessica A. Boone
2216 Billy Fiske Lane
Austin, TX 78748

Jose I Estrada Avila
1155 North Long Avenue
Chicago, IL 60651

Joseph Majeske
715 Glendale Rd
Medinah, IL 60157

K&R Heating & A/C Inc.
217 Delphia Ave,
Park Ridge, IL 60068
Kasha M. McKinney
3001 Hawthorne PL SE #4
Smyrna, GA 30080

Katarzyna Rzescutek
4718 Wehunt Trail
Smyrna, GA 30082

Laner Muchin
515 N State str, Suite 2800
Chicago, IL 60654
Laqweyonna Q. Pointer
3871 Redwine Road
Apt 5107
Atlanta, GA 30344

Lauren Adams Scott
271 Whatt Way
Moncure, NC 27559

LexisNexis
9443 Springboro Pike
Miamisburg, OH 45342
Attn: Yolly Rose J. De Asis

Linda Mendez
4901 Harnew Road South
Oak Lawn, IL 60453

Lizzett Y. Gutierrez
8644 South 86th Avenue,
Apt 115
Justice, IL 60458

LM APPRAISAL GOUP
715 Glendale Rd,
Medinah, IL 60151
Marcie Venturini
1150 N. Cardinal Drive
Palatine, IL 60074

Margaret R. Semrad
721 95 Avenue N
Naples, FL 34108

Mark E. Bredow
5005 Mohawk Avenue
Clarkston, MI 48348

Martindale-Hubbell

P.O. Box 59757
Los Angeles, CA 90074-9757

Massive Productions LLC
2360 Main Street - First Floor
Rocky Hill, CT 06067
Megan Holmes
9707 S Harding
Evergreen Park, IL 60805

Megan Swenson
3112 Lawrence Crescent
Flossmoor, IL 60422

Metrofax
PO Box 51873
Los Angeles CA 90051-6173
Attn: Shayna Pearson

Michael J. Spangler
2324 W Medill Avenue
Apt 3
Chicago, IL 60647

Michael Miller
3N887 South Bridge Creek Drive
St. Charles, IL 60175

Michael Semrad
630 Cedar Creek Drive
Suwanee, GA 30024

Microsoft
Microsoft Building 9,
1 Microsoft Way
Redmond, WA 98052
Mitchell D. Shanks
3300 W 84th St
Chicago, IL 60652

Monica Campbell
5107 W Pensacola Avenue
Chicago, IL 60641

Natalia B. Basinger
1924 Smith Road

Northbrook, IL 60062

National Data Center, Inc.
3595 Mt Diablo Blvd. Suite 270
Lafayette, CA 94549
Attn: Robert Exelbierd

Neal, Gerber & Eisenberg LLP
2 N La Salle St # 1700,
Chicago, IL 60602
NEOFUNDS BY NEOPOST
PO BOX 6813
CAROL STREAM IL 60197-6813

Nicor Gas
PO Box 2020
Aurora, IL 60507-2020
Northwestern Professional Center, LLC
31000 Northwestern Hwy.
Suite 100
Farmington Hills, MI 48334
Attn: Rita Isteepho

NOVO Advisors
401 N. Franklin St.
Suite 4 East
Chicago, IL 60654
Attn: Sandeep Gupta

Old National Bank
725 Waukegan Road
Deerfield, IL 60015

PACER Service Center
U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208
Paige N. Pierson
2941 Linger Longer Drive
Greensboro, GA 30642

PandaDoc, Inc.
Dept. LA 24920,
Pasadena, CA 91185-4920
Patrick Semrad
177 Indian Tree Dr.

Highland Park, IL 60035

PBG Financial Services
666 Dundee Road
Suite 401
Northbrook, IL 60062
Attn: Shari Gamer

Peoples Gas
PO Box 6050
Carol Stream IL 60197-6050

PH MEDIA USA INC / PHMG
401 North Michigan Avenue
Suite 2550
Chicago, IL 60611
PLIC - SBD Grand Island
711 High Street,
Des Moines, US-IA, 50392

Quadient Leasing
478 Wheelers Farms Road
Milford, CT 06461-9105
Attn: Patrick Leary

QUENCH USA INC
P.O. Box 735777
Dallas, TX 75373-5777
Rachael K. McElrath
12205 South Morgan Street
Chicago, IL 60643

Raven N. Adams
9201 Lawndale Avenue
Evergreen Park, IL 60805

Regus
10000 N. Central Expy
Suite 400
Dallas, TX 75231;

Regus
500 Virginia Dr #514
Fort Washington, PA 19034

Renato Corona

233 Paradise Pkwy
Oswego, IL 60543

Robert Semrad
26 Aberdeen Court
Bannockburn, IL 60015

Russell Piltz
38 Maxfield Ln
Elizabethtown, IL 62931

Semrad Properties LLC
11101 S. Western Avenue
Chicago, IL 60643

Shannon R. Butler
24718 Jolee Court
Plainfield, IL 60544

Shaquan Wainwright
1010 Deckner Avenue
Atlanta, GA 30310

SOT South Clark LLC
20 South Clark Street, Suite 1075
Chicago, IL 60603
Attn: Corinthia Hawkins

Speedpay Direct Energy
1001 Liberty Avenue
Pittsburgh, PA 15222
State Farm
4780 Okemos Rd. Suite 3-A
Okemos, MI 48864

Stefanine D. Lewis
226 East Rose Street
Glenwood, IL 60425

Sully Valentin
5323 West Foster Avenue
Chicago, IL 60630

Superior Energy Solutions Inc
540 N State St, Unit 4111
Chicago, IL 60654

Sydney M. Cauthen
128 Sutters Mill Drive
Troutman, NC 218166

Talk Solutions, Inc.
11101 S. Western Avenue,
Chicago, IL 60643

Thomas E. Nield
16517 Oxford Drive
Tinley Park, IL 60477

Thomson Reuters
West Publishing Corporation
610 Opperman Drive
Eagan, MN 55123-1396
TIAA COMMERCIAL FINANCE INC
10 Waterview Boulevard,
Parsippany, NJ, 07054-1286

UHS Premium Billing
610 Anthony Trail
Northbrook, IL 60062
Attn: Martha Galvan

Universal Credit Services, LLC
370 Reed Road, Suite 100
Broomall, PA, 19008
Attn: Nancy Redding

Universal Parking and transportation LLC
229 Peachtree St, Suite 280
Atlanta, GA 30303
Usman Law Group P.C.
PO Box 1057
Chicago, IL 60690
Vincent P. Leibbrandt
3460 Misty Valley Road
Decatur, GA 30032

WAGA
3355 Lenox Road NE, Suite 945
Atlanta, GA  30326
Attn: David M. Grieco

Warehouse Direct

2001 South Mount Prospect Road,
Des Plaines, IL. 60018
Attn: Debbie Gorman

Wells Fargo Lease
420 Montgomery Street,
San Francisco, CA 94104

WFLD
91427 Collections Center Drive
Chicago, IL 60693
Attn: Jason Williams

WGN
PO Box 98473
Chicago, IL 60693
Attn: Jennifer Smith

William P. Register
1659 Monroe Drive NE Apt C3
Atlanta, GA 30324

Willie Smith
2897 Saddletop Way Northwest
Lawrenceville, GA 30044

WJBK
P.O. Box 2000
16550 West Nine Mile Road
Southfield, MI 48037-2000

WPLG
Local 10
3401 West Hallandale Beach Boulevard
Pembroke Park, FL 33023

WPWR
91427 Collections Center Drive
Chicago, IL 60693
WSVN
1401 79th Street Causeway
Miami, FL 33141

ZenCodeo
Goce Delchev, bl.53E ent.B fl.6,
Sofia 1404

Bulgaria
ZenTeli OOD
81 Bul. Balgaria blvd. R-N TRIADITSA DISTR.,
AP. OFIS I-6, FLOOR 4 Sofia,
1404
Bulgaria

ZOOM.US
55 Almaden Blvd, 6th Floor
San Jose, CA 95113

# Semrad Law
# Balance Sheet
### As of December 31, 2022

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | -124,441.75 |
| **Employee Retention Credit** | 1,482,000.00 |
| **Accounts Receivable** | 5,900,000.00 |
| **Other Current Assets** | 120,075.17 |
| **Total Current Assets** | **7,377,633.42** |
| **Fixed Assets** | 779,859.08 |
| **Other Assets** | 109,851.50 |
| **TOTAL ASSETS** | **8,267,344.00** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | 1,386,319.90 |
| **Credit Cards** | 12,992.31 |
| **Bank Debt** | 3,246,966.37 |
| **SBA Loan** | 509,900.00 |
| **Other Current Liabilities** | 1,736,473.79 |
| **Due to Shareholder** | 813,531.44 |
| **Due to Dan Rangelov** | 103,230.99 |
| **Total Current Liabilities** | **$ 7,809,414.80** |
| **Total Liabilities** | **$ 7,809,414.80** |
| **Total Equity** | **$ 457,929.20** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 8,267,344.00** |

Tuesday, Apr 25, 2023 03:50:53 PM GMT-7 - Accrual Basis

# Semrad Law

### Profit and Loss

### January - December 2022

|  | TOTAL |
|---|---|
| Income | $14,338,987.34 |
| GROSS PROFIT | $14,338,987.34 |
| Expenses |  |
| 15000 Equipment/Furniture - IL | 427.50 |
| 15020 Equipment/Furniture - GA | 285.00 |
| 15025 COLLEGE PARK | 564.78 |
| Total 15020 Equipment/Furniture - GA | 849.78 |
| 48000 Court Expenses IL | 1,471,981.70 |
| 48001 Court Expenses GA | 529,622.00 |
| 48004 Court Expenses FL | 31,012.00 |
| 48005 Court Expenses MI | 75,586.00 |
| 48006 Court Expenses TX | 44,303.65 |
| 59999 MARKETING | 1,922,451.66 |
| 60200 Automobile Expense GA | 4,170.69 |
| 60201 Automobile Expense IL | 17,632.12 |
| 60400 Bank Service Charges IL | 156,190.09 |
| 60401 Bank Service Charges GA | 37,462.85 |
| 60402 Bank Service Charges FL | 5,038.05 |
| 60404 Bank Service Charges MI | 15,104.87 |
| 60405 Bank Service Charges TX | 4,452.96 |
| 63100 Health Insurance-IL | 313,104.10 |
| 63101 Health Insurance-GA | -53,559.77 |
| 63300 Insurance Expense IL | 47,886.89 |
| 63301 Insurance Expense GA | 38,256.36 |
| 63400 Interest Expense IL | 339,859.23 |
| 64300 Meals and Entertainment IL | 4,636.66 |
| 64900 Office Supplies IL | 459,701.46 |
| 64920 Office Supplies GA | 157,016.61 |
| 64930 Office Supplies FL | 11,117.49 |
| 64940 Office Supplies MI | 9,956.01 |
| 64950 Office Supplies Texas | 6,068.50 |
| 66700 Professional Fees IL | 513,954.18 |
| 66701 Professional Fees GA | 88,685.76 |
| 66703 Professional Fees FL | 7,828.63 |
| 66705 Professional Fees MI | 8,548.99 |
| 66706 Professional Fees TX | 18,538.40 |
| 67000 RENT | 1,218,585.58 |
| 67200 Repairs and Maintenance IL | 40,722.90 |
| 67201 Repairs and Maintenance GA | 27,113.10 |
| 67300 Research Services IL | 19,085.63 |
| 67301 Research Services GA | 13,109.37 |
| 67998 Payroll | 6,304,205.72 |

# Semrad Law

## Profit and Loss
January - December 2022

| | TOTAL |
|---|---|
| 68390 Outside Services IL | 2,165,976.33 |
| 68402 Travel Expense IL | 10,743.76 |
| 68600 Utilities IL | 137,069.48 |
| 68620 Utilities GA | -51,689.75 |
| 68640 Utilities MI | 6,001.61 |
| 68650 Utilities FL | 500.00 |
| 68660 Utilities TX | 1,400.00 |
| **Total Expenses** | **$16,284,088.65** |
| NET OPERATING INCOME | **$ -1,945,101.31** |
| Other Income | |
| 46600 MISC. DEPOSIT | 0.00 |
| ERC Receivable | 1,622,502.10 |
| **Total Other Income** | **$1,622,502.10** |
| Other Expenses | **$118,194.66** |
| NET OTHER INCOME | **$1,504,307.44** |
| NET INCOME | **$ -440,793.87** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| The Semrad Law Firm, LLC | Case No. 23-_____ (__) |
| Debtor.[1] | |

## DECLARATION OF PATRICK SEMRAD PURSUANT TO 11 U.S.C. § 1116(1)

I, Patrick Semrad, hereby declare as follows:

1.     I am the manager and managing partner of the Semrad Law Firm, LLC, dba DebtStoppers (the "Debtor").

2.     As the Debtor's manager and managing partner, I am generally familiar with the Debtor's business, day-to-day operations, financial affairs, and books and records.  Except as otherwise indicated, the statements set forth in this declaration are based upon my personal knowledge of the Debtor's operations, information learned from my review of relevant documents, information supplied to me from the Debtor's advisors, or my own opinion based on my knowledge, experience and information concerning the Debtor's operations and financial condition.  I am authorized to submit this declaration on behalf of the Debtor.  If called to testify, I could and would testify competently to the matters set forth in this declaration.

3.     Pursuant to 11 U.S.C. § 1116(1), I am aware the Debtor is required to either: (1) append to its bankruptcy petition (the "Bankruptcy Petition") its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or (2) provide a

---

[1]     The last four digits of the Debtor's federal tax identification number are 8456.  The Debtor's mailing 11101 S. Western Avenue, Chicago, Illinois 60643.

statement that no such balance sheet, statement of operations, cash-flow statement and Federal income tax return exists.

       4.     Appended to the Bankruptcy Petition is the Debtor's most recent: (1) balance sheet; (2) statement of operations; and (3) Federal income tax return.

       5.     No cash-flow statement exists for the Debtor.

       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 26, 2023
     Chicago, IL                         */s/ Patrick Semrad*
                                        Patrick Semrad