IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Semrad Law Firm, LLC<br><br>                  Debtor.[1] | Chapter 11<br><br>Case No. 23-10512 (JTD)<br><br>**Obj. Deadline: May 17, 2023 at 4:00 p.m. (EDT)**<br>**Hearing Date: May 30, 2023 at 11:00 a.m. (EDT)** |

**NOTICE OF THE DEBTOR'S FIRST OMNIBUS
MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING
THE REJECTION OF CERTAIN UNEXPIRED LEASES, EACH
EFFECTIVE AS OF THE PETITION DATE, AND (II) GRANTING RELATED RELIEF**

**THIS MOTION SEEKS TO REJECT CERTAIN UNEXPIRED LEASES. PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES AND UNEXPIRED LEASES IN THE SCHEDULE ATTACHED AS SCHEDULE 1 TO EXHIBIT A OF THIS MOTION.**

        **PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") filed the attached *Debtor's First Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases, Each Effective as of the Petition Date, and (II) Granting Related Relief* (the "Motion").

        **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing, (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 17, 2023 at 4:00 p.m. (EDT)** (the "Objection Deadline"), and (c) served as to be received on or before the Objection Deadline upon (a) the Debtor, (b) proposed counsel to the Debtor, Pashman Stein Walder Hayden, P.C., 1007 North Orange Street, 4th Floor, Suite 183, Wilmington, Delaware, 19899-1347, Attn: Joseph C. Barsalona II (jbarsalona@pashmanstein.com) and Richard C. Solow (rsolow@pashmanstein.com), (c) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Hannah J. McCollum (hannah.mccollum@usdoj.gov), and (d) the Subchapter V Trustee, Miller Coffey Tate LLP, 1628 John F. Kennedy Boulevard, Suite 950, Philadelphia, PA 19103, Attn: William A. Homony, CIRA (bhomony@mctllp.com).

---

[1]     The last four digits of the Debtor's federal tax identification number are 8456. The Debtor's mailing 11101 S. Western Avenue, Chicago, Illinois 60643.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON May 30, 2023 AT 11:00 A.M. (EDT) BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 26, 2023
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, Suite 183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

-and-

Richard C. Solow (admitted *pro hac vice*)
The Woolworth Building
233 Broadway, Suite 820
New York, New York 10279
Email: rsolow@pashmanstein.com

*Proposed Counsel to the Debtor and Debtor in Possession*